**92-1253.** State v. Wood. *Greene County*, No. 91–CA–65. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Greene County and as a claimed appeal as of right from said court. Upon consideration of appellant's motion to stay the order of the court of appeals discharging the defendant below during the pendency of the court's consideration of jurisdiction in this matter, and during any subsequent consideration of an appeal on the merits,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective July 2, 1992.

## MISCELLANEOUS DISMISSALS

**92-985.** Lambert v. Goodyear Tire & Rubber Co. *Jackson County*, No. 647. Cause dismissed, on joint application for dismissal, effective July 1, 1992.

**92-1067.** State ex rel. Omarbey v. Franklin Cty. Bd. of Elections. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of the parties' joint application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective July 1, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, July 9, 1992*

## MOTION DOCKET

**90-22.** State v. Waddy. *Franklin County*, Nos. 87AP–1159 and 87AP–1160. On motion for stay. Motion granted.

**92-1157.** Peake v. Dieter. *Trumbell County*, No. 91–T–4535. On motion for stay or, in the alternative, for extension of time. Stay denied; motion for extension of time granted; thirty days permitted.

## DISCIPLINARY DOCKET

**89-355.** Columbus Bar Assn. v. Connors. On application for termination of probation. The application of John J. Connors, Jr., Attorney Registration No. 0031717, is granted upon the completion of the following events: (1) respondent pays in full his CLE sanction of $150; and (2) the court receives from the Columbus Bar Association a report of respondent's monitor that respondent has fully complied with the terms of his probation.

HOLMES, J., not participating.

**91-411.** Cleveland Bar Assn. v. Harrison. On motion for Reinstatement of Original Order and Request for Payment Plan. The motion of Gladys E. Harrison, Attorney Registration No. 0016051, is granted; a payment plan of $100 per month is granted.

DOUGLAS, J., would grant reinstatement.

**91-2193.** Cincinnati Bar Assn. v. Altekruse. John L. Altekruse, Jr., Attorney Registration No. 0032062, is indefinitely suspended from the practice of law until he pays his board costs in full.